**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01029-CR

**COREY LEE HOBBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-59386-R**

## ORDER

On December 3, 2014, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal within fifteen days. To date, we have not received the certification of appellant's right to appeal as required by Texas Rule of Appellate Procedure 25.2(d). *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Additionally, appellant's brief is overdue.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
JUSTICE